UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER STEIN, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:21-cv-0272 |
| v. | : | (JUDGE MANNION) |
| MERRICK GARLAND,<br>Attorney General,<br>U.S. DEPARTMENT OF JUSTICE, | : | |
| Defendant. | : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Defendant's motion for summary judgment, (Doc. 15), is **GRANTED**.

(2) The clerk is hereby directed to close the case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATED: September 29, 2022
21-cv-272-01-ORDER

- 1 -